# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 24-11105-KHT |
| IBRIDGE CLOUD SOLUTIONS, INC., | Chapter 7 |
| Debtor. | |

REMOTE PROCEEDINGS OF THE
VIDEOCONFERENCE DEPOSITION OF PAUL SMITHAM
Rancho Cordova, California
Tuesday, August 27, 2024
Volume I

Reported by:
ROCHELLE HOLMES
CSR No. 9482
Job No. 6887072
PAGES 1 - 99

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | Case No. |
| ) | 24-11105-KHT |
| IBRIDGE CLOUD SOLUTIONS, INC., ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ___________________________________) | |

Deposition of PAUL SMITHAM, taken on behalf of Zoya Group, LLC, via videoconference, beginning at 10:00 a.m. and ending at 1:19 p.m. on Tuesday, August 27, 2024, before ROCHELLE HOLMES, Certified Shorthand Reporter No. 9482, Certified Realtime Reporter No. 0123.

A For this we did one deal and that was where we went in and did an assessment for a data center to look at the power and the cooling assessment. I have been in the business over 30 years and it was easy enough to do that assessment for them.

Q Okay. And was there a contract between Gold Tailings and ICS?

A Yes.

Q How did ICS get introduced to Gold Tailings or come to know Gold Tailings to do this work?

A That is the data center that ICT is residing in.

Q So the data center that ICT is using is owned by Gold Tailings?

A That is correct.

Q And that's how ICS came to know Gold Tailings?

A Well, that and -- that's one of the reasons.

Q What are the other reasons?

A I mean, other than I'm a managing member of Gold Tailings Investments.

Q Okay. That's important.

So you are the managing member of Gold Tailings Investments, LLC?

A Correct. It needed an assessment done for Department of Water Resources for California. They

decision to shut down ICS, did you inform Zayo of that decision?

MR. EDWARDS: Object to form.

MR. VELLONE: Objection.

THE WITNESS: We did not at that point.

Q BY MR. WALLIN: Please turn to Page 125.

A Sorry. I had to log back in.

Q It's okay.

A Yes, I'm there.

Q So that document is titled a Teaming Agreement. And it's between ICS and an entity called Data Center Facilities Management, Inc.

Are you familiar with Data Center Facilities Management, Inc.?

A Yes.

Q How are you familiar with that entity?

A At the time it was owned by me.

Q Is it still owned by you?

A It is not.

Q Why did -- this team agreement is dated August 5th, 2021, is that when it was entered into?

A Yes.

Q And why did ICS and Data Center Facilities Management, Inc. enter into this agreement?

A We were hoping to be able to do consulting

August.
Q So the document that you signed in January 2022 you backdated to August 2021?
MR. VELLONE: Objection; form.
THE WITNESS: Yes. We just used the same document that wasn't signed. We couldn't find the document that was signed. So he resent this back on this date just so that we had the paperwork in order and he didn't change the dates. I think he meant that it was meant for those dates, but it doesn't really matter, we've never done any work between the two companies.
Q BY MR. WALLIN: Can you turn to Page 131, please?
So that document is a team agreement between ICS and ICT; right?
A Correct.
Q And it's also dated August 5th, 2021, and the address listed for both ICS and ICT is 2851 Gold Tailings Court, Rancho Cordova, California 95670?
A Correct.
Q In August 2021, was that the primary business location of both ICS and ICT?
A I would have to say yes.
Q And -- did either ICS or ICT own that property

or did they rent that property or something else?
A It's rented.
Q And rented from who?
A A company called D7.
Q D Sub?
A D7 Roofing.
Q Okay. Now, in August 2021, which entity was on the lease or were both on the lease?
A They are not. The one that's on the lease is the holding company called Gold Tailings Investment. It has an agreement with iBridge Cloud Technologies. IBridge Cloud Solutions doesn't have a lease but iBridge Cloud Technologies does. I just used it for this team agreement because why not.
Q So in 2021, Gold Tailings Investments, LLC was the tenant on a lease for this property in Rancho Cordova?
A Correct.
Q And then Gold Tailings Investments had a sublease or contract with either ICT or ICS for the payment of the rent? Explain to me.
A It's with ICT; it's a sublease.
Q When was that sublease entered into?
A I believe it was entered back in July or August.

A Yes.
Q Did ICS have any outstanding loans as of December 7th, 2021?
A Yes.
Q Which ones?
A We had several loans that were provided to it at that point.
Q Okay. Tell me about each one.
A I can't. I'd have to go through it. There were several small loans back and forth basically to keep ICS afloat.
Q Back and forth between ICS and who?
A As you can see, 12/27 loan repayment of ICS to ICT of $35,000.
Q So as of this time, as of December 2021, ICT had made some number of loans of ICS?
A Yes.
Q Are there any documents to evidence those loans?
A They are in our system here, yes. Some of them were just quick loans to make a payment for attorney fees and then ICS paid it back as it received funds from doing work.
Q At the time that that happened, was there a promissory note signed in which ICS said I'm borrowing

March 31st, 2022. And it shows a deposit of $50,000 on March 1st, 2022 with the description "funds transfer via online."

What was that for?

A That was a loan.

Q From who?

A I believe from iBridge Cloud Technologies.

Q When iBridge Cloud Technologies made that loan, did it expect ICS to pay it back?

A Yes.

Q Can you please turn to Page 188?

A I'm there.

Q This is a statement dated August 31st, 2022. It shows a deposit of $38,000 on August 11th, 2022 with a description "funds transfer via online."

What was that for?

A Another loan.

Q From ICT?

A More than likely, yes.

Q Who else?

A I don't know. There was both Gold Tailings Investment did some loans and so did ICT.

Q How many loans did Gold Tailings make to ICS?

A We have done I think between the two of them, Gold Tailings, probably about $100,000 worth of loans.

Q Are there any promissory notes or documents that evidence any loans from Gold Tailings to ICS?
A Just what we documented. We didn't do a promissory note. No interest. So we didn't think we needed to. Gold Tailings didn't think it needed it because it wasn't charging for interest. It was a short-term loan.
Q Did Gold Tailings expect to be paid back on the loans?
A Of course.
Q How did Gold Tailings or ICT expect to be paid back?
A At the time, ICS was getting ready to sue Zayo for all the money that it spent for the lack of services and a breach of contract.
Q So in August 2022, ICS was planning to sue Zayo; is that right?
A Yes.
Q Please turn to Page 202.
A Okay.
Q That page is a statement dated February 28th, 2023. It was a deposit of $40,000 on February 8th, 2023. Description "funds transfer via online."
What was that for?