# EXHIBIT C

zayo GROUP

Order Form

## Order Information

| | | | | | |
|---|---|---|---|---|---|
| Contracting Entity | iBridge Cloud Solutions, Inc. | Billing Account | iBridge Cloud Solutions, Inc. | Account Number | |
| Contact | Paul Smitham | Phone | (916) 612-4599 | Email | psmitham@ens-inc.com |
| Representative | Nicholas Caruso | Phone | | Email | nicholas.caruso@zayo.com |

## New Order - 1393345

### Order Details

| Order Details | |
|---|---|
| SO# | 1393345 |
| Order Type | New |
| Term | 84 |
| Product | ILA Colocation |
| Product Category | Space and Power |

| Location Details | |
|---|---|
| Address | 3075 Raymond St/Fl-1/Rm-MPOE Santa Clara, CA 95054 |

### Colo Space - Customer Signature

| Space Type | Billable Cage Size | Badge Reader | Biometrics Reader | Ladder Racking | Fiber Tray | Cage Build Type |
|---|---|---|---|---|---|---|
| Cage | | No | No | No | No | |

| Description | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|
| Cage - MRC | MRC | Pending Install | 1 | [redacted] | [redacted] |

### Colo Space - Customer Signature

| Space Type | Billable Cage Size | Badge Reader | Biometrics Reader | Ladder Racking | Fiber Tray | Cage Build Type |
|---|---|---|---|---|---|---|
| Cabinet | | No | No | No | No | |

| Description | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|
| Colocation - MRC | MRC | Pending Install | 1 | [redacted] | [redacted] |

### Colo Power - Customer Signature

| Power Voltage | Power Type | Power Feeds | Breaker Size | Power Strip Type | B Feed Diversity |
|---|---|---|---|---|---|
| 208V (3 Phase) | AC | A and B Feed | | | |

| Description | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|
| Power - MRC | MRC | Pending Install | 1 | [redacted] | [redacted] |

### Order Notes

| | |
|---|---|
| Expiration Date | Pricing on this Order Form expires if Order is not signed prior to 7/19/2019 |
| Storage Policy | Storage Policy |
| DC Rules and Regulations | Datacenter Rules and Regulations |

### Contract Details

**Details**

| | |
|---|---|
| Schedule | Zayo Group, LLC Customer Schedule Colocation Offerings 2019-02-01 |
| Governing MSA | Zayo Group, LLC Standard Master Customer Agreement 2019-02-01 |

**Order ID(s): 1393345**

## Grand Total Costs

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | [redacted] |

## Signatures

**iBridge Cloud Solutions, Inc.**

Signature: Paul D Smitham

Printed Name: Paul L Smitham

Date: 7/15/19

Title: President

**Zayo Group, LLC**

Signature:

Printed Name:

Date:

Title:

## Terms and Conditions

1. Customer acknowledges that Customer is ordering the access and services(s) described above ("Offering") from Zayo Group, LLC, and or its applicable affiliate or subsidiary ("Zayo"). This Customer Order shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above (collectively, "the Agreement"). If Customer has not executed an Agreement and/or no Agreement is referenced in this Customer Order, then this Customer Order shall be governed by the terms and conditions of Zayo's Master Customer Agreement and applicable Customer Schedule in effect as of the date of this Customer Order, incorporated herein by this reference and available upon request. This Customer Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges that upon Zayo's acceptance, this Customer Order shall become a non-cancellable, binding obligation for the purchase of the Offering for the Offering Term stated above. By signing this Customer Order, Customer further acknowledges that it has read and understands the terms and conditions of this Customer Order and Customer's signatory represents that he/she is authorized to sign this Customer Order on Customer's behalf.

2. All charges for the Offering in this Customer Order are exclusive of any taxes and other fees and surcharges (as defined below). Except for taxes based on Zayo's net income, Customer shall be responsible for payment of all applicable taxes that arise in any jurisdiction, including, without limitation, value added, consumption, sales, use, gross receipts, excise, access, and bypass ("Taxes"). Customer shall also be responsible for any property tax surcharges, additional government fees (including without limitation Federal and State regulatory fees), franchise fees, rights of way fees or charges, license or permit fees, and any other duties, fees, charges or surcharges imposed on incident to, or based upon the provision, sale, or use of the Offerings.("Other Fees and Surcharges") If applicable to the Offerings being purchased by Customer, such Other Fees and Surcharges will be listed on Customer's Invoice. If Customer is entitled to an exemption from any of the Taxes or Other Fees and Surcharges, Customer is responsible for presenting Zayo with a valid exemption certificate (in a form reasonably acceptable to Zayo). Zayo will give effect to any valid exemption certificate provided in accordance with the foregoing sentence to the extent it applies to any Offering billed by Zayo to Customer following Zayo's receipt of such exemption certificate. Customer shall indemnify, defend and hold Zayo harmless from payment and reporting of all such Taxes and Other Fees and Surcharges, including costs, expenses, and penalties incurred by Zayo in settling, defending or appealing any claims or actions brought against Zayo related to, or arising from, the non-payment of such Taxes and/or Other Fees and Surcharges.

3. In support of Zayo meeting the FOC Date, Customer specifically acknowledges that Customer is responsible for all connectivity (and related costs) to Zayo's Components (i.e. cross-connections between (i) the Zayo demarcation point and Zayo's Components and (ii) Zayo's Components and Customer Components). In addition, Customer shall be responsible for securing all rights and paying the related costs to connect to the Zayo Components, for securing all rights and paying the related costs to access, occupy, and conduct typical telecommunication operations within each respective building (including any necessary rights for Zayo to enter and access each building), and for providing all necessary cable pathways (all of the preceding may include, but not be limited to, construction permits and underlying rights, building access and/or occupancy agreements, building access and/or occupancy fees, lateral fees, riser fees, cross-connects and cross-connect fees, coordination at any third party owned location, and, where applicable, necessary space for Zayo's fiber termination panel and Zayo's Components). All of the rights above, collectively, shall be referred to as "Customer Requirements" and the related costs and fees, collectively, shall be referred to as "In-Building Charges". Unless this Customer Order indicates that Zayo is responsible for In-Building Charges, Customer shall reimburse Zayo in the event that a third party bills Zayo for any In-Building Charges. Customer acknowledges that any delay in Customer providing such Customer Requirements may delay Zayo from completing work at any location. In the event that Customer has not provided the Customer Requirements in time to allow Zayo to complete work at any location on or before the FOC Date, then Zayo may continue with the acceptance procedures to the extent possible and deem the Offering delivered and accepted.

4. If Customer is disconnecting an Offering for any reason it must deliver notice to Zayo by email to disco@zayo.com.

zayo GROUP

# Order Form

## Order Information

| | | | | | |
|---|---|---|---|---|---|
| **Contracting Entity** | iBridge Cloud Solutions, Inc. | **Billing Account** | iBridge Cloud Solutions Inc | **Account Number** | 29653 |
| **Contact** | Paul Smithham | **Phone** | | **Email** | psmitham@ens-inc.com |
| **Representative** | Aaron Buenaventura | **Phone** | | **Email** | aaron.buenaventura@zayo.com |

## New Order - 1551443

### Order Details

| Order Details | |
|---|---|
| Order ID | 1551443 |
| Order Type | New |
| Order Term | 60 months |
| Estimated Delivery Date | 90 Business days from execution |
| Product | Dark Fiber |

| Product Details | |
|---|---|
| Product Category | Point to Point |
| Number of Fibers | 2 |
| DF Estimated Route Miles | 0.57 |

### Order Component(s)

| Record Type ID | Address | Address | Bandwidth | Space Code | Lateral A | Lateral A | Lateral Z | Lateral Z Details |
|---|---|---|---|---|---|---|---|---|
| Dark Fiber | 1416 9th St/FI-7/Rm-Common Telco Sacramento, CA | 650 J St/FI-1/Ste-175/Rm-Equipment Sacramento, CA | 2 | | | | One (Single) | |

### Pricing

| Product | Service Item Desc | Component | Component Address | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|---|---|---|
| Dark Fiber | Dark Fiber - MRC | SOC-0003897565 | 1416 9th St/FI-7/Rm-Common Telco Sacramento CA | MRC | Pending Install | 1 | [redacted] | |
| Dark Fiber | Installation Fee | SOC-0003897565 | 1416 9th St/FI-7/Rm-Common Telco Sacramento CA | NRC | Pending Install | 1 | | |
| | Monthly Recurring Charges Total: | | | | | | | |
| | Non Recurring Charges Total: | | | | | | | |

### Contract Details

| Details | |
|---|---|
| Governing MSA | ENS INC - ENTERPRISE NETWORKING SOLUTIONS Master Service Agreement (ELI) 2016-11-10 |

### Order Notes

**Expiration Date** Pricing on this Order Form expires if Order is not signed prior to 11/30/2019

**Order ID(s): 1551443**

**Grand Total Costs**

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | [redacted] |
| Non Recurring Charges Total: | |

**Signatures**

| | |
|---|---|
| **iBridge Cloud Solutions, Inc.** | **Zayo Group, LLC** |
| Signature: Paul L Smithan | Signature: DocuSigned by: Dan Stoll 79E06A3EB154405... |
| Printed Name: Paul L Smithan | Printed Name: Dan Stoll |
| Date: 10/31/19 | Date: November 11, 2019 |
| Title: President | Title: SVP Fiber Solutions |

**Terms and Conditions**

1. Customer acknowledges that Customer is ordering the access and service(s) described above ("Dark Fiber Offerings" or "Offerings") from Zayo Group, LLC, and or its applicable affiliate or subsidiary ("Zayo"). This Customer Order shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above (collectively, the "Agreement"). If Customer has not executed an Agreement and/or no Agreement is referenced in this Customer Order, then this Customer Order shall be governed by the terms and conditions of Zayo's Master Customer Agreement and applicable Customer Schedule in effect as of the date of this Customer Order, incorporated herein by this reference and available upon request. This Customer Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges that upon Zayo's acceptance, this Customer Order shall become a non-cancellable, binding obligation for the purchase of the Offering for the Offering Term stated above. By signing this Customer Order, Customer further acknowledges that it has read and understands the terms and conditions of this Customer Order and Customer's signatory represents that he/she is authorized to sign this Customer Order on Customer's behalf.

2. All charges for the Offering in this Customer Order are exclusive of any taxes and other fees and surcharges (as defined below). Except for taxes based on Zayo's net income, Customer shall be responsible for payment of all applicable taxes that arise in any jurisdiction, including, without limitation, value added, consumption, sales, use, gross receipts, excise, access, and bypass ("Taxes"). Customer shall also be responsible for any property tax surcharges, additional government fees (including without limitation Federal and State regulatory fees), franchise fees, rights of way fees or charges, license or permit fees, and any other duties, fees, charges or surcharges imposed on incident to, or based upon the provision, sale, or use of the Offerings.("Other Fees and Surcharges") If applicable to the Offerings being purchased by Customer, such Other Fees and Surcharges will be listed on Customer's Invoice. If Customer is entitled to an exemption from any of the Taxes or Other Fees and Surcharges, Customer is responsible for presenting Zayo with a valid exemption certificate (in a form reasonably acceptable to Zayo). Zayo will give effect to any valid exemption certificate provided in accordance with the foregoing sentence to the extent it applies to any Offering billed by Zayo to Customer following Zayo's receipt of such exemption certificate. Customer shall indemnify, defend and hold Zayo harmless from payment and reporting of all such Taxes and Other Fees and Surcharges, including costs, expenses, and penalties incurred by Zayo in settling, defending or appealing any claims or actions brought against Zayo related to, or arising from, the non-payment of such Taxes and/or Other Fees and Surcharges.

3. Unless otherwise stated elsewhere in the Agreement, the Lease Charge shall be adjusted annually effective December 31st of each year by the greater of (i) four percent (4%) or (ii) the cumulative increase in the U.S. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average, published by United States Department of Labor, Bureau of Labor Statistics ("CPI Adjustment") for the preceding 12 month period. Unless specifically excluded in the Agreement, Customer shall reimburse Zayo for its proportionate share of the costs related to any required relocation and for its proportionate share of any non-routine maintenance.

4. In support of Zayo meeting the Estimated Delivery Date, Customer specifically acknowledges that Customer is responsible for all work and costs on the premise side of each Zayo Demarcation Point, including cross- connections. In addition, Customer shall be responsible for securing all rights and paying the related costs to connect to the Zayo Demarcation Point, for securing all rights and paying the related costs to access, occupy, and conduct typical telecommunication operations within each respective building (including any necessary rights for Zayo to enter and access each building), and for providing all necessary cable pathways in and to the respective building (all of the preceding may include, but not be limited to, construction permits and underlying rights, building access and/or occupancy agreements, building access and/or occupancy fees, lateral/conduit fees, riser fees, cross-connects and cross-connect fees, coordination at any third party owned location, and, where applicable, necessary space for Zayo's fiber termination panel). All of the above, collectively, shall be referred to as "Customer Requirements" and Customer shall reimburse Zayo in the event that a third party bills Zayo for charges related to such Customer Requirements. If Customer satisfies a Customer Requirement by purchasing an Offering from Zayo, Zayo may pass through and Customer shall pay Zayo for any increase in the charges to Zayo by a third party which Zayo utilizes to provide Customer the Customer Requirement. Customer acknowledges that any delay in Customer providing such Customer Requirements may delay Zayo from completing work at any location. In the event that Customer has not provided the Customer Requirements in time to allow Zayo to complete work (including Fiber Acceptance Testing) at any location on or before the Estimated Delivery Date, then Zayo may continue with the acceptance procedures to the extent possible and deem the fiber delivered and accepted.

5. If Customer is disconnecting an Offering for any reason it must deliver notice to Zayo by email to disco@zayo.com.

zayo

# Order Form

## Order Information

| | | | | | |
|---|---|---|---|---|---|
| Contracting Entity | iBridge Cloud Solutions, Inc. | Billing Account | iBridge Cloud Solutions Inc | Account Number | 29653 |
| Contact | Paul Smitham | Phone | +1(916) 612-4599 | Email | psmitham@ens-inc.com |
| Representative | Christi Dedi | Phone | | Email | christiana.dedi@zayo.com |

## Change Order - 1807032

### Order Details

| Order Details | |
|---|---|
| Order ID | 1807032 |
| Order Type | Change |
| Order Term | 60 months |
| Product | ILA Colocation |

| Product Details | |
|---|---|
| Product Category | Space and Power |
| Circuit Id | ILA/1478587//ZYO |

### Location Details

| Address | Suite/Room | City | State | Zip |
|---|---|---|---|---|
| 365 Main St | Fl-4/Rm-404 MDF-D | San Francisco | CA | 94105 |

### Pricing

| Product | Service Item Desc | Component | Component Address | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|---|---|---|
| ILA Colocation | Colocation | SOC-0004333877 | 365 Main St/Fl-4/Rm-404 MDF-D San Francisco CA | MRC | Active | 1 | [redacted] | [redacted] |
| ILA Colocation | Colocation - DC Power | SOC-0004333878 | 365 Main St/Fl-4/Rm-404 MDF-D San Francisco CA | MRC | Active | 1 | [redacted] | [redacted] |
| ILA Colocation | Installation Fee | | | NRC | Pending Install | 1 | [redacted] | [redacted] |
| | Monthly Recurring Charges Total: | | | | | | | [redacted] |

### Contract Details

| Details | |
|---|---|
| Schedule | Zayo Group, LLC Customer Schedule Colocation Offerings 2019-02-01 |
| Governing MSA | Zayo Group, LLC Standard Master Customer Agreement 2020-08-26 |

### Order Notes

| | |
|---|---|
| Expiration Date | Pricing on this Order Form expires if Order is not signed prior to February 02, 2021 |
| Additional Terms and Conditions | This SO is coterminous with Long Haul Fiber SO-1478587 |

**Order ID(s): 1807032**

## Grand Total Costs

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | [redacted] |
| Taxes and impositions As Invoiced² | |

## Signatures

| Zayo Group LLC | iBridge Cloud Solutions, Inc. |
|---|---|
| Signature: | Signature: |
| Printed Name: | Printed Name: |
| Date: | Date: |
| Title: | Title: |

## Terms and Conditions

1. Customer acknowledges that Customer is ordering the access and service(s) described above ("Dark Fiber Offerings" or "Offerings") from Zayo Group, LLC, and or its applicable affiliate or subsidiary ("Zayo"). This Customer Order shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above (collectively, the "Agreement"). If Customer has not executed an Agreement and/or no Agreement is referenced in this Customer Order, then this Customer Order shall be governed by the terms and conditions of Zayo's Master Customer Agreement and applicable Customer Schedule in effect as of the date of this Customer Order, incorporated herein by this reference and available upon request. This Customer Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges that upon Zayo's acceptance, this Customer Order shall become a non-cancellable, binding obligation for the purchase of the Offering for the Offering Term stated above. By signing this Customer Order, Customer further acknowledges that it has read and understands the terms and conditions of this Customer Order and Customer's signatory represents that he/she is authorized to sign this Customer Order on Customer's behalf.

2. All charges for the Offering in this Customer Order are exclusive of any taxes and other fees and surcharges (as defined below). Except for taxes based on Zayo's net income, Customer shall be responsible for payment of all applicable taxes that arise in any jurisdiction, including, without limitation, value added, consumption, sales, use, gross receipts, excise, access, and bypass ("Taxes"). Customer shall also be responsible for any property tax surcharges, additional government fees (including without limitation Federal and State regulatory fees), franchise fees, rights of way fees or charges, license or permit fees, and any other duties, fees, charges or surcharges imposed on incident to, or based upon the provision, sale, or use of the Offerings.("Other Fees and Surcharges") If applicable to the Offerings being purchased by Customer, such Other Fees and Surcharges will be listed on Customer's Invoice. If Customer is entitled to an exemption from any of the Taxes or Other Fees and Surcharges, Customer is responsible for presenting Zayo with a valid exemption certificate (in a form reasonably acceptable to Zayo). Zayo will give effect to any valid exemption certificate provided in accordance with the foregoing sentence to the extent it applies to any Offering billed by Zayo to Customer following Zayo's receipt of such exemption certificate. Customer shall indemnify, defend and hold Zayo harmless from payment and reporting of all such Taxes and Other Fees and Surcharges, including costs, expenses, and penalties incurred by Zayo in settling, defending or appealing any claims or actions brought against Zayo related to, or arising from, the non-payment of such Taxes and/or Other Fees and Surcharges.

3. Unless otherwise stated elsewhere in the Agreement, the Lease Charge shall be adjusted annually effective December 31st of each year by the greater of (i) four percent (4%) or (ii) the cumulative increase in the U.S. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average, published by United States Department of Labor, Bureau of Labor Statistics ("CPI Adjustment") for the preceding 12 month period. Unless specifically excluded in the Agreement, Customer shall reimburse Zayo for its proportionate share of the costs related to any required relocation and for its proportionate share of any non-routine maintenance.

4. In support of Zayo meeting the Estimated Delivery Date, Customer specifically acknowledges that Customer is responsible for all work and costs on the premise side of each Zayo Demarcation Point, including cross- connections. In addition, Customer shall be responsible for securing all rights and paying the related costs to connect to the Zayo Demarcation Point, for securing all rights and paying the related costs to access, occupy, and conduct typical telecommunication operations within each respective building (including any necessary rights for Zayo to enter and access each building), and for providing all necessary cable pathways in and to the respective building (all of the preceding may include, but not be limited to, construction permits and underlying rights, building access and/or occupancy agreements, building access and/or occupancy fees, lateral/conduit fees, riser fees, cross-connects and cross-connect fees, coordination at any third party owned location, and, where applicable, necessary space for Zayo's fiber termination panel). All of the above, collectively, shall be referred to as "Customer Requirements" and Customer shall reimburse Zayo in the event that a third party bills Zayo for charges related to such Customer Requirements. If Customer satisfies a Customer Requirement by purchasing an Offering from Zayo, Zayo may pass through and Customer shall pay Zayo for any increase in the charges to Zayo by a third party which Zayo utilizes to provide Customer the Customer Requirement. Customer acknowledges that any delay in Customer providing such Customer Requirements may delay Zayo from completing work at any location. In the event that Customer has not provided the Customer Requirements in time to allow Zayo to complete work (including Fiber Acceptance Testing) at any location on or before the Estimated Delivery Date, then Zayo may continue with the acceptance procedures to the extent possible and deem the fiber delivered and accepted.

5. If Customer is discontinuing Offering (s) of any type for any reason, Customer must submit the disconnection request through the form located at https://www.zayo.com/disconnectservice/.

zayo®

## Order Form

### Order Information

| Contracting Entity | iBridge Cloud Solutions, Inc. | Billing Account | iBridge Cloud Solutions Inc | Account Number | 29653 |
|---|---|---|---|---|---|
| Contact | Paul Smitham | Phone | +1(916) 612-4599 | Email | psmitham@ens-inc.com |
| Representative | Christi Dedi | Phone | | Email | christiana.dedi@zayo.com |

### Renewal Order - 1842647

#### Order Details

| Order Details | |
|---|---|
| Order ID | 1842647 |
| Order Type | Renewal |
| Order Term | 77 months |
| Estimated Delivery Date | 30 Business days from execution |
| Product | Dark Fiber |

| Product Details | |
|---|---|
| Product Category | Ring |
| Number of Fibers | 2 |
| DF Estimated Route Miles | 59.55 |
| Circuit Id | FBDK/1434606//ZFS |

#### Order Component(s)

| Record Type ID | Address | Address | Bandwidth | Space Code | Lateral A | Lateral A | Lateral Z | Lateral Z Details |
|---|---|---|---|---|---|---|---|---|
| Dark Fiber | 1100 N Market Blvd/Fl-1/Ste-QTS Sacramento, CA | 650 J St/Fl-1/Ste-175/Rm-Equipment Sacramento, CA | | | Two (Diverse) | | Two (Diverse) | |
| Dark Fiber | 650 J St/Fl-1/Ste-175/Rm-Equipment Sacramento, CA | 10815 Gold Center Dr/Fl-1/Rm-MPOE Rancho Cordova, CA | | | Two (Diverse) | | Two (Diverse) | |
| Dark Fiber | 10815 Gold Center Dr/Fl-1/Rm-MPOE Rancho Cordova, CA | 3101 Gold Camp Dr/Fl-1/Rm-Telco Rancho Cordova, CA | | | Two (Diverse) | | Two (Diverse) | |
| Dark Fiber | 3101 Gold Camp Dr/Fl-1/Rm-Telco Rancho Cordova, CA | 1100 N Market Blvd/Fl-1/Ste-QTS Sacramento, CA | | | Two (Diverse) | | Two (Diverse) | |

#### Pricing

| Product | Service Item Desc | Component | Component Address | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|---|---|---|
| Dark Fiber | Dark Fiber | SOC-0004389710 | 1100 N Market Blvd/Fl-1/Ste-QTS Sacramento CA | MRC | Pending Install | 1 | [redacted] | [redacted] |
| Dark Fiber | Dark Fiber | SOC-0004389711 | 650 J St/Fl-1/Ste-175/Rm-Equipment Sacramento CA | MRC | Pending Install | 1 | [redacted] | [redacted] |
| Dark Fiber | Dark Fiber | SOC-0004389712 | 10815 Gold Center Dr/Fl-1/Rm-MPOE Rancho Cordova CA | MRC | Pending Install | 1 | [redacted] | [redacted] |
| Dark Fiber | Dark Fiber | SOC-0004389713 | 3101 Gold Camp Dr/Fl-1/Rm-Telco Rancho Cordova CA | MRC | Pending Install | 1 | [redacted] | [redacted] |
| | Monthly Recurring Charges Total: | | | | | | | [redacted] |

#### Contract Details

| Details | |
|---|---|
| Schedule | Zayo Group, LLC Customer Schedule Dark Fiber Offerings 2019-12-12 |
| Governing MSA | Zayo Group, LLC Standard Master Customer Agreement 2021-02-11 |

#### Order Notes

| | |
|---|---|
| Expiration Date | Pricing on this Order Form expires if Order is not signed prior to April 01, 2021 |

**Order ID(s): 1842647**

## Grand Total Costs

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | [redacted] |
| Taxes and impositions As Invoiced[2] | |

## Signatures

| Zayo Group LLC | iBridge Cloud Solutions, Inc. |
|---|---|
| Signature: | Signature: |
| Printed Name: | Printed Name: |
| Date: | Date: |
| Title: | Title: |

## Terms and Conditions

1. Customer acknowledges that Customer is ordering the access and service(s) described above ("Dark Fiber Offerings" or "Offerings") from Zayo Group, LLC, and or its applicable affiliate or subsidiary ("Zayo"). This Customer Order shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above (collectively, the "Agreement"). If Customer has not executed an Agreement and/or no Agreement is referenced in this Customer Order, then this Customer Order shall be governed by the terms and conditions of Zayo's Master Customer Agreement and applicable Customer Schedule in effect as of the date of this Customer Order, incorporated herein by this reference and available upon request. This Customer Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges that upon Zayo's acceptance, this Customer Order shall become a non-cancellable, binding obligation for the purchase of the Offering for the Offering Term stated above. By signing this Customer Order, Customer further acknowledges that it has read and understands the terms and conditions of this Customer Order and Customer's signatory represents that he/she is authorized to sign this Customer Order on Customer's behalf.

2. If Customer is discontinuing Offering (s) of any type for any reason, Customer must submit the disconnection request through the form located at https://www.zayo.com/disconnectservice/.