DocuSign Envelope ID: 93F108DE-283C-4A9C-88BA-8BDB6EBD004A

# I-BRIDGE PAYMENT RESTRUCTURE AGREEMENT

This Payment Restructure Agreement ("**Agreement**") is effective as of the last signature date below ("Effective Date") by and between **Zayo Group, LLC ("Zayo")**, and **I-Bridge Cloud Services, Inc. ("I-Bridge")**. Zayo and I-Bridge may be referred to individually as a "Party" or together as "Parties." Unless otherwise noted or context requires otherwise, capitalized terms used herein shall have the meaning given them in the applicable agreements as defined below.

## RECITALS

**Whereas**, Zayo and I-Bridge are Parties to the Master Customer Agreement dated February 1, 2019 (the "MCA");

**Whereas**, Zayo and I-Bridge are Parties to Dark Fiber Customer Schedule dated December 12, 2019 (the "Dark Fiber Customer Schedule");

**Whereas**, I-Bridge ordered Service 525321 for Longhaul Dark Fiber under Service Order 1735915 ("LH Service Order" or "Exhibit A");

**Whereas**, I-Bridge has failed to make $1,390,382 of payments required under the LH Service Order ("LH Service Order Claim")

**Whereas**, I-Bridge ordered Service 557869 for Metro Dark Fiber under Service Order 1733687 ("Metro Service Order" or "Exhibit B");

**Whereas**, I-Bridge has failed to make $502,526 of payments required under the Metro Service Order ("Metro Service Order Claim");

**Whereas**, I-Bridge contests its bill for the months September 2019 through February 2020 totaling $226,894.72 ("Initial Service Billing Claim");

**Whereas**, Zayo and I-Bridge are Parties to a Supplement to Dark Fiber Customer Schedule for Use with Zayo Standard MCA and Dark Fiber Customer Schedule for the purchase of fifty (50) laterals from Zayo (the "50-Lateral Supplement" or "Exhibit C");

**Whereas**, I-Bridge has failed to make NRC payment of $1,578,276 required under the 50-Lateral Supplement ("50-Lateral Supplement Claim");

**Whereas**, the Parties seek to settle past due amounts; and

**Whereas**, the Parties seek to change the payment structure and term of the above-referenced agreements for fiber infrastructure in an effort to remedy I-Bridge's failures to make payment and establish a long-term business relationship to expand Customer's service offering in the California;

## AGREEMENT

**Now, therefore**, in consideration of the foregoing, as well as the mutual covenants, conditions and promises contained herein, and other good and valuable consideration, the sufficiency of which is hereby acknowledged by the Parties to one another, the Parties covenant and agree as follows:

1. **Recitals and Exhibits.** The above **Recitals** and **Exhibits** attached to this Agreement, are each incorporated by this reference into and are part of this Agreement.

2. **Payments, Credits and Further Acts.**

2.1. In full satisfaction of the LH Service Order Claim:

2.1.1. Upon execution of this Agreement, the Term of Service 525321 shall be reset to 72 months beginning March 1, 2021.

2.1.2. Upon execution of this Agreement, payments for Service 525321 will be converted from a one-time NRC IRU to monthly payments. Monthly payments will be sixteen thousand dollars ($16,000) plus taxes, other fees and surcharges, and subject to the terms of the MCA and Dark Fiber Customer Schedule. Monthly payments will be backbilled for the time period between September 1, 2020 and February 28, 2021 to reflect the use of service between the effective date of Service Order 1735915 and this Agreement.

2.1.3. Zayo will credit the IRU amount billed on Service 525321 ($2,163,985).

2.2. In full satisfaction of the Metro Service Order Claim:

2.2.1. Upon execution of this Agreement, the Term of Service 557869 shall be reset to 72 months beginning March 1, 2021.

2.2.2. Upon execution of this Agreement, payments for Service 557869 will be converted from a one-time NRC IRU to monthly payments. Monthly payments will be five thousand and seven hundred dollars ($5,700) plus taxes, other fees and surcharges, and subject to the terms of the MCA and Dark Fiber Customer Schedule. Monthly payments will be backbilled for the time period between September 1, 2020 and February28, 2021 to reflect the use of service between the effective date of Service Order 1733687 and this Agreement.

2.2.3. Zayo will credit the IRU amount billed on Service 557869 ($782,129).

2.3. In full satisfaction of the Initial Service Billing Claim:

2.3.1. Zayo will credit 50% of the total billing for the months from September 2019 through February 2020. The total credit amount for MRC will be $113,447.36.

2.3.2. I-Bridge shall be liable for the remaining 50% totaling $113,447.36. This is included in the past due calculation in 2.6.1.

2.4. In full satisfaction of the 50-Lateral Supplement Claim:

2.4.1. Upon execution of this Agreement, the Addendum Term of the 50-Lateral Supplement shall be reset to 72 months beginning April 1, 2021.

DocuSign Envelope ID: 93F108DE-283C-4A9C-88BA-8BDB6EBD004A

**2.4.2.** Upon execution of this Agreement, the one-time NRC of $4,912,846 will be converted to monthly payments of forty thousand dollars ($40,000) plus taxes other fees and surcharges, and subject to all other terms of the MCA, the Dark Fiber Customer Schedule, and the Supplement to the Dark Fiber Customer Schedule.

**2.4.3.** Revenue from the 50-Lateral Supplement may be ported to future services. If revenue is ported, lateral commit agreed to in the 50-Lateral Supplement will be reduced by an amount equal to the ported revenue MRC divided by $800 MRC ($800 MRC being the price per lateral in the 50-Lateral Supplement). Portability is subject to Zayo approval.

**2.5.** Late Payments:

**2.5.1.** Section 2 of the MCA governs Invoicing and payment terms. I-Bridge shall pay to Zayo all amounts due in full, without offset or reduction, within 30 days from the date of the invoice ("**Due Date**"). If I-Bridge fails to make any payment due under the Agreement by the Due Date, and such failure continues for five days after receiving notice of the failure to make payment, then Zayo, among other rights and remedies, will proceed immediately with its standard disconnect process.

**2.5.2.** Consistent with the Customer Schedule and MCA, if I-Bridge reasonably disputes any portion of an invoice, I-Bridge shall timely **pay all undisputed amounts** and shall notify Zayo in writing and provide detailed documentation supporting its dispute by the Due Date or I-Bridge's right to any billing adjustment shall be waived. Disputed amounts must relate **to an impacted service**.

**2.5.3.** If a dispute is resolved against I-Bridge, I-Bridge shall pay such amounts due plus interest, as set forth in Section 2.2 of the MCA, from the date the payment was originally due.

**2.6.** Past Due Amounts which due upon Effective Date:

**2.6.1.** I-Bridge agrees to make payment of past due amounts totaling $444,265.11 shown in "Exhibit D".

**2.6.2.** Payment for past due amounts are due on the Effective Date of this Agreement and are exclusive of go-forward MRC for the LH Service Order, the Metro Service Order, and the 50-Lateral Supplement.

**2.6.3.** If past due amounts are not satisfied on the Effective Date or any other material term herein is not satisfied, Zayo reserves the right to withdraw its payment restructure offer and enforce all rights and remedies provided in MCA, applicable Customer Schedule(s), the LH Service Order, the Metro Service Order and the 50-Lateral Supplement.

**2.7.** Zayo Standard SLAs:

**2.7.1.** Mean Time to Repair (MTTR) For Dark Fiber Failure

MTTR is measured where a trouble ticket is opened by Customer as a result of the inability of the Dark Fiber to pass light along a Segment ("Failure") until such time as Zayo testing indicates the Dark Fiber Segment is capable of passing light ("Functional").

If Zayo fails to restore the Dark Fiber to Functional status within twelve (12) hours following Zayo's full and uninterrupted access to the site of the Failure, Customer will receive a credit of 1/30th of the MRC for each hour over the MTTR not to exceed fifty percent (50%) of the MRC for the affected Segment.

Failure notifications must be initiated by contacting Zayo's NOC by telephone (866) 236-2824 or email at ncc@zayo.com.

**Zayo Dark Fiber Shall Meet The Following Attenuation:**

1550 Wavelength = [Span Length (km) * 0.3dB] + [Number of Splices * 0.10dB] + [Number of Mated Connectors * 0.5 dB] + [2dB]
1310 Wavelength = [Span Length (km) * 0.4dB] + [Number of Splices * 0.2dB] + [Number of Mated Connectors * 0.5 dB] + [2dB]

*A 2db buffer is included to allow for fiber degradation and repairs over the life of the service. The applicable formula to be applied will depend on distance - See Table below. If Zayo fails to meet the attenuation, Customer shall provide Zayo written notice of such failure and Zayo shall have sixty (60) days to correct the attenuation to meet the foregoing attenuation requirements.

**OTDR Test Parameters**

| Distance | OTDR Wavelength Test |
|---|---|
| <50 km | 1310 & 1550 |
| 50-70 km | 1550 |
| >70km (Long Haul Application) | 1550 & 1625 |

**Service Credit Exceptions**
Credits shall not be available for Failure resulting from: (a) any act or omission of the Customer or its End User Customers, or their representatives, contractors, agents, authorized invitees, successors or assigns; (b) the configuration, failure or malfunction of non-Zayo equipment or systems; (c) scheduled maintenance or planned enhancements or upgrades to Zayo's network; (d) Zayo not being given reasonable access to the premises; (e) Customer exceeds the maximum capacity of a port connection or any other rate limitation as set forth in the applicable

DocuSign Envelope ID: 93F108DE-283C-4A9C-88BA-8BDB6EBD004A

Service Order; or (f) a Force Majeure Event. Each of the events described (a), (b), (c), (d), (e) and (f) shall be deemed an "Excused Outage."

2.8. The Parties will perform such further acts as may be reasonably necessary or convenient to carry out and perform the terms and provisions of this Agreement.

3. **Miscellaneous**

3.1. Assignment. Neither Party may assign any part of this Agreement without the written consent of the other Party. Notwithstanding the foregoing, either Party may at any time, on written notice to the other Party, assign this Agreement and all of its rights and obligations in whole and not in part under this Agreement to any Affiliate.

3.2. No Waiver. No Party will be treated as having waived any rights by not exercising (or delaying the exercise of) any rights under this Agreement.

3.3. Remedies. The remedies herein are in addition to any rights and remedies at law or in equity.

3.4. No Third Party Beneficiaries. This Agreement does not confer any benefits to any third party.

3.5. Counterparts. The Parties may execute this Agreement in counterparts, which taken together will constitute one instrument.

3.6. Amendments. Any amendment will be in writing, signed by both Parties, and expressly state that it is amending this Agreement.

3.7. Conflicting Terms. If there is a conflict between any document and this Agreement the terms of this Agreement shall control.

3.8. Governing Law. All claims arising out of or relating to this Agreement will be governed by Colorado law, excluding Colorado's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Denver, Colorado. The Parties consent to personal jurisdiction in those courts.

3.9. No Conflicts. Each Party represents that it is under no obligation or restriction, nor will it accept any such obligation or restriction, that would in any way interfere or be in conflict with the obligations undertaken by it under this Agreement.

3.10. No Reliance. Each of the signatories to this Agreement hereby warrants that, in executing this Agreement, it does not rely upon any inducements, promises, or representations whatsoever made by any of the other parties herein, except to the extent stated in this Agreement and only to the extent stated on this Agreement.

3.11. Entire Agreement. This Agreement, the MCA, the applicable Customer Schedule(s), the LH Service Order, the Metro Service Order and the 50-Lateral Supplement constitute the entire agreement between the parties and where in conflict, this Agreement shall take precedence of any and all prior agreements, arrangements or

DocuSign Envelope ID: 93F108DE-283C-4A9C-88BA-8BDB6EBD004A

understandings, written or oral, between any of the parties relating to the subject matter of this Agreement.

Each party to this Agreement agrees to use electronic signatures; and be subject to the provisions of the U.S. E-SIGN Act (i.e., the Electronic Signatures in Global and National Commerce Act (ESIGN, Pub.L. 106-229, 14 Stat. 464, enacted June 30, 2000, 15 U.S.C. ch.96)

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, and in confirmation of their consent and agreement to the terms and conditions contained in this Payment Restructure Agreement and intending to be legally bound hereby, each party has caused this Payment Restructure Agreement to be executed by its duly authorized representative below.

| **I-Bridge Cloud Solutions, Inc.** | **Zayo Group, LLC** |
|---|---|
| Paul L Smitham | DocuSigned by: Ted Gilliam C22B15C7B7B746F... |
| (Authorized Signature) | (Authorized Signature) |
| Paul L Smitham | Ted Gilliam |
| (Name) | (Name) |
| President | General Counsel, Strategic Networks, Western U.S. |
| (Title) | (Title) |
| Address: 2860 Gold Tailings Court<br>Rancho Cordova, CA 95670 | Address: 1805 29th Street<br>Suite 2050<br>Boulder, CO 80301 |
| Date: 2/28/2021 | Date: March 1, 2021 |

zayo

Order Form

## Order Information

| | | | | | |
|---|---|---|---|---|---|
| Contracting Entity | iBridge Cloud Solutions, Inc. | Billing Account | iBridge Cloud Solutions Inc | Account Number | 29653 |
| Contact | Paul Smitham | Phone | +1(916) 612-4599 | Email | psmitham@ens-inc.com |
| Representative | Christi Dedi | Phone | | Email | christiana.dedi@zayo.com |

## Renewal Order - 1735915

### Order Details

| Order Details | | Product Details | |
|---|---|---|---|
| Order ID | 1735915 | Product Category | Point to Point |
| Order Type | Renewal | Number of Fibers | 2 |
| Order Term | 180 months | DF Estimated Route Miles | 227.55 |
| Estimated Delivery Date | 10 Business days from execution | Circuit Id | FBDK/1362956//ZFS |
| Product | Dark Fiber | | |

### Order Component(s)

| Record Type ID | Address | Address | Bandwidth | Space Code | Lateral A | Lateral A | Lateral Z | Lateral Z Details |
|---|---|---|---|---|---|---|---|---|
| Dark Fiber | 1100 N Market Blvd/Fl-1/Ste-QTS Sacramento, CA | 6321 Lewis Rd/Fl-1/Rm-Colo Space Vacaville, CA | | | One (Single) | | Two (Diverse) | |
| Dark Fiber | 6321 Lewis Rd/Fl-1/Rm-Colo Space Vacaville, CA | 1009 Christie Rd/Fl-1/Rm-MPOE Martinez, CA | | | Two (Diverse) | | Two (Diverse) | |
| Dark Fiber | 11 Great Oaks Blvd/Fl-1/Rm-Equinix San Jose, CA | 3075 Raymond St/Fl-G/Rm-Equipment Santa Clara, CA | | | Two (Diverse) | | Two (Diverse) | |
| Dark Fiber | 365 Main St/Fl-4/Rm-404 MDF-D San Francisco, CA | 3075 Raymond St/Fl-G/Rm-Equipment Santa Clara, CA | | | Two (Diverse) | | Two (Diverse) | |
| Dark Fiber | 1009 Christie Rd/Fl-1/Rm-MPOE Martinez, CA | 365 Main St/Fl-4/Rm-404 MDF-D San Francisco, CA | | | Two (Diverse) | | Two (Diverse) | |

### Pricing

| Product | Service Item Desc | Component | Component Address | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|---|---|---|
| Dark Fiber | Pre Pay - PPD | | | PPD | Pending Install | 1 | USD 2,163,985.00 | USD 2,163,985.00 |
| Dark Fiber | DF - Maintenance Fee | | | MRC | Pending Install | 1 | USD 1,750.00 | USD 1,750.00 |
| | Monthly Recurring Charges Total: | | | | | | | USD 1,750.00 |
| | Non Recurring Charges Total: | | | | | | | USD 2,163,985.00 |

### Contract Details

| Details | |
|---|---|
| Schedule | Zayo Group, LLC Customer Schedule Dark Fiber Offerings 2019-12-12 |
| Governing MSA | Zayo Group, LLC Standard Master Customer Agreement 2020-08-26 |

### Order Notes

This order form represents a 15 year IRU for Long Haul Fiber from the Bay Area to Sacramento.

**Order ID(s): 1735915**

**Grand Total Costs**

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | USD 1,750.00 |
| Non Recurring Charges Total: | USD 2,163,985.00 |
| Taxes and impositions As Invoiced² | |

**Signatures**

| Zayo Group LLC | iBridge Cloud Solutions, Inc. |
|---|---|
| Signature: | Signature: Paul L Smitham |
| Printed Name: | Printed Name: Paul L Smitham |
| Date: | Date: 10/5/2020 |
| Title: | Title: President |

**Terms and Conditions**

1. Customer acknowledges that Customer is ordering the access and service(s) described above ("Dark Fiber Offerings" or "Offerings") from Zayo Group, LLC, and or its applicable affiliate or subsidiary ("Zayo"). This Customer Order shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above (collectively, the "Agreement"). If Customer has not executed an Agreement and/or no Agreement is referenced in this Customer Order, then this Customer Order shall be governed by the terms and conditions of Zayo's Master Customer Agreement and applicable Customer Schedule in effect as of the date of this Customer Order, incorporated herein by this reference and available upon request. This Customer Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges that upon Zayo's acceptance, this Customer Order shall become a non-cancellable, binding obligation for the purchase of the Offering for the Offering Term stated above. By signing this Customer Order, Customer further acknowledges that it has read and understands the terms and conditions of this Customer Order and Customer's signatory represents that he/she is authorized to sign this Customer Order on Customer's behalf.

2. All charges for the Offering in this Customer Order are exclusive of any taxes and other fees and surcharges (as defined below). Except for taxes based on Zayo's net income, Customer shall be responsible for payment of all applicable taxes that arise in any jurisdiction, including, without limitation, value added, consumption, sales, use, gross receipts, excise, access, and bypass ("Taxes"). Customer shall also be responsible for any property tax surcharges, additional government fees (including without limitation Federal and State regulatory fees), franchise fees, rights of way fees or charges, license or permit fees, and any other duties, fees, charges or surcharges imposed on incident to, or based upon the provision, sale, or use of the Offerings.("Other Fees and Surcharges") If applicable to the Offerings being purchased by Customer, such Other Fees and Surcharges will be listed on Customer's Invoice. If Customer is entitled to an exemption from any of the Taxes or Other Fees and Surcharges, Customer is responsible for presenting Zayo with a valid exemption certificate (in a form reasonably acceptable to Zayo). Zayo will give effect to any valid exemption certificate provided in accordance with the foregoing sentence to the extent it applies to any Offering billed by Zayo to Customer following Zayo's receipt of such exemption certificate. Customer shall indemnify, defend and hold Zayo harmless from payment and reporting of all such Taxes and Other Fees and Surcharges, including costs, expenses, and penalties incurred by Zayo in settling, defending or appealing any claims or actions brought against Zayo related to, or arising from, the non-payment of such Taxes and/or Other Fees and Surcharges.

3. Unless otherwise stated elsewhere in the Agreement, the Lease Charge shall be adjusted annually effective December 31st of each year by the greater of (i) four percent (4%) or (ii) the cumulative increase in the U.S. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average, published by United States Department of Labor, Bureau of Labor Statistics ("CPI Adjustment") for the preceding 12 month period. Unless specifically excluded in the Agreement, Customer shall reimburse Zayo for its proportionate share of the costs related to any required relocation and for its proportionate share of any non-routine maintenance.

4. In support of Zayo meeting the Estimated Delivery Date, Customer specifically acknowledges that Customer is responsible for all work and costs on the premise side of each Zayo Demarcation Point, including cross- connections. In addition, Customer shall be responsible for securing all rights and paying the related costs to connect to the Zayo Demarcation Point, for securing all rights and paying the related costs to access, occupy, and conduct typical telecommunication operations within each respective building (including any necessary rights for Zayo to enter and access each building), and for providing all necessary cable pathways in and to the respective building (all of the preceding may include, but not be limited to, construction permits and underlying rights, building access and/or occupancy agreements, building access and/or occupancy fees, lateral/conduit fees, riser fees, cross-connects and cross-connect fees, coordination at any third party owned location, and, where applicable, necessary space for Zayo's fiber termination panel). All of the above, collectively, shall be referred to as "Customer Requirements" and Customer shall reimburse Zayo in the event that a third party bills Zayo for charges related to such Customer Requirements. If Customer satisfies a Customer Requirement by purchasing an Offering from Zayo, Zayo may pass through and Customer shall pay Zayo for any increase in the charges to Zayo by a third party which Zayo utilizes to provide Customer the Customer Requirement. Customer acknowledges that any delay in Customer providing such Customer Requirements may delay Zayo from completing work at any location. In the event that Customer has not provided the Customer Requirements in time to allow Zayo to complete work (including Fiber Acceptance Testing) at any location on or before the Estimated Delivery Date, then Zayo may continue with the acceptance procedures to the extent possible and deem the fiber delivered and accepted.

5. If Customer is discontinuing Offering (s) of any type for any reason, Customer must submit the disconnection request through the form located at https://www.zayo.com/disconnectservice/.

Proprietary and Confidential

DocuSign Envelope ID: 93F108DE-283C-4A9C-88BA-8BDB6EBD004A
Exhibit B


zayo

Order Form

## Order Information

| | | | | | |
|---|---|---|---|---|---|
| Contracting Entity | iBridge Cloud Solutions, Inc. | Billing Account | iBridge Cloud Solutions Inc | Account Number | 29653 |
| Contact | Paul Smitham | Phone | +1(916) 612-4599 | Email | psmitham@ens-inc.com |
| Representative | Christi Dedi | Phone | | Email | christiana.dedi@zayo.com |

## Renewal Order - 1733687

### Order Details

| Order Details | | Product Details | |
|---|---|---|---|
| Order ID | 1733687 | Product Category | Ring |
| Order Type | Renewal | Number of Fibers | 2 |
| Order Term | 180 months | DF Estimated Route Miles | 59.55 |
| Estimated Delivery Date | 10 Business days from execution | Circuit Id | FBDK/1434606//ZFS |
| Product | Dark Fiber | | |

### Order Component(s)

| Record Type ID | Address | Address | Bandwidth | Space Code | Lateral A | Lateral A | Lateral Z | Lateral Z Details |
|---|---|---|---|---|---|---|---|---|
| Dark Fiber | 1100 N Market Blvd/Fl-1/Ste-QTS Sacramento, CA | 650 J St/Fl-1/Ste-175/Rm-Equipment Sacramento, CA | | | Two (Diverse) | | Two (Diverse) | |
| Dark Fiber | 650 J St/Fl-1/Ste-175/Rm-Equipment Sacramento, CA | 10815 Gold Center Dr/Fl-1/Rm-MPOE Rancho Cordova, CA | | | Two (Diverse) | | Two (Diverse) | |
| Dark Fiber | 10815 Gold Center Dr/Fl-1/Rm-MPOE Rancho Cordova, CA | 3101 Gold Camp Dr/Fl-1/Rm-Telco Rancho Cordova, CA | | | Two (Diverse) | | Two (Diverse) | |
| Dark Fiber | 3101 Gold Camp Dr/Fl-1/Rm-Telco Rancho Cordova, CA | 1100 N Market Blvd/Fl-1/Ste-QTS Sacramento, CA | | | Two (Diverse) | | Two (Diverse) | |

### Pricing

| Product | Service Item Desc | Component | Component Address | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|---|---|---|
| Dark Fiber | Pre Pay - PPD | | | PPD | Pending Install | 1 | USD 782,129.00 | USD 782,129.00 |
| Dark Fiber | DF - Maintenance Fee | | | MRC | Pending Install | 1 | USD 700.00 | USD 700.00 |
| | Monthly Recurring Charges Total: | | | | | | | USD 700.00 |
| | Non Recurring Charges Total: | | | | | | | USD 782,129.00 |

### Contract Details

| Details | |
|---|---|
| Schedule | Zayo Group, LLC Customer Schedule Dark Fiber Offerings 2019-12-12 |
| Governing MSA | Zayo Group, LLC Standard Master Customer Agreement 2020-08-26 |

### Order Notes

This order form represents a 15 year IRU for a Fiber Ring in Sacramento

**Order ID(s): 1733687**

## Grand Total Costs

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | USD 700.00 |
| Non Recurring Charges Total: | USD 782,129.00 |
| Taxes and impositions As Invoiced[2] | |

## Signatures

**Zayo Group LLC**

Signature:

Printed Name:

Date:

Title:

**iBridge Cloud Solutions, Inc.**

Signature: Paul L Smitham

Printed Name: Paul L Smitham

Date: 10/5/2020

Title: President

## Terms and Conditions

1. Customer acknowledges that Customer is ordering the access and service(s) described above ("Dark Fiber Offerings" or "Offerings") from Zayo Group, LLC, and or its applicable affiliate or subsidiary ("Zayo"). This Customer Order shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above (collectively, the "Agreement"). If Customer has not executed an Agreement and/or no Agreement is referenced in this Customer Order, then this Customer Order shall be governed by the terms and conditions of Zayo's Master Customer Agreement and applicable Customer Schedule in effect as of the date of this Customer Order, incorporated herein by this reference and available upon request. This Customer Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges that upon Zayo's acceptance, this Customer Order shall become a non-cancellable, binding obligation for the purchase of the Offering for the Offering Term stated above. By signing this Customer Order, Customer further acknowledges that it has read and understands the terms and conditions of this Customer Order and Customer's signatory represents that he/she is authorized to sign this Customer Order on Customer's behalf.

2. All charges for the Offering in this Customer Order are exclusive of any taxes and other fees and surcharges (as defined below). Except for taxes based on Zayo's net income, Customer shall be responsible for payment of all applicable taxes that arise in any jurisdiction, including, without limitation, value added, consumption, sales, use, gross receipts, excise, access, and bypass ("Taxes"). Customer shall also be responsible for any property tax surcharges, additional government fees (including without limitation Federal and State regulatory fees), franchise fees, rights of way fees or charges, license or permit fees, and any other duties, fees, charges or surcharges imposed on incident to, or based upon the provision, sale, or use of the Offerings.("Other Fees and Surcharges") If applicable to the Offerings being purchased by Customer, such Other Fees and Surcharges will be listed on Customer's Invoice. If Customer is entitled to an exemption from any of the Taxes or Other Fees and Surcharges, Customer is responsible for presenting Zayo with a valid exemption certificate (in a form reasonably acceptable to Zayo). Zayo will give effect to any valid exemption certificate provided in accordance with the foregoing sentence to the extent it applies to any Offering billed by Zayo to Customer following Zayo's receipt of such exemption certificate. Customer shall indemnify, defend and hold Zayo harmless from payment and reporting of all such Taxes and Other Fees and Surcharges, including costs, expenses, and penalties incurred by Zayo in settling, defending or appealing any claims or actions brought against Zayo related to, or arising from, the non-payment of such Taxes and/or Other Fees and Surcharges.

3. Unless otherwise stated elsewhere in the Agreement, the Lease Charge shall be adjusted annually effective December 31st of each year by the greater of (i) four percent (4%) or (ii) the cumulative increase in the U.S. Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average, published by United States Department of Labor, Bureau of Labor Statistics ("CPI Adjustment") for the preceding 12 month period. Unless specifically excluded in the Agreement, Customer shall reimburse Zayo for its proportionate share of the costs related to any required relocation and for its proportionate share of any non-routine maintenance.

4. In support of Zayo meeting the Estimated Delivery Date, Customer specifically acknowledges that Customer is responsible for all work and costs on the premise side of each Zayo Demarcation Point, including cross- connections. In addition, Customer shall be responsible for securing all rights and paying the related costs to connect to the Zayo Demarcation Point, for securing all rights and paying the related costs to access, occupy, and conduct typical telecommunication operations within each respective building (including any necessary rights for Zayo to enter and access each building), and for providing all necessary cable pathways in and to the respective building (all of the preceding may include, but not be limited to, construction permits and underlying rights, building access and/or occupancy agreements, building access and/or occupancy fees, lateral/conduit fees, riser fees, cross-connects and cross-connect fees, coordination at any third party owned location, and, where applicable, necessary space for Zayo's fiber termination panel). All of the above, collectively, shall be referred to as "Customer Requirements" and Customer shall reimburse Zayo in the event that a third party bills Zayo for charges related to such Customer Requirements. If Customer satisfies a Customer Requirement by purchasing an Offering from Zayo, Zayo may pass through and Customer shall pay Zayo for any increase in the charges to Zayo by a third party which Zayo utilizes to provide Customer the Customer Requirement. Customer acknowledges that any delay in Customer providing such Customer Requirements may delay Zayo from completing work at any location. In the event that Customer has not provided the Customer Requirements in time to allow Zayo to complete work (including Fiber Acceptance Testing) at any location on or before the Estimated Delivery Date, then Zayo may continue with the acceptance procedures to the extent possible and deem the fiber delivered and accepted.

5. If Customer is discontinuing Offering (s) of any type for any reason, Customer must submit the disconnection request through the form located at https://www.zayo.com/disconnectservice/.

# Exhibit C

## Supplement to Dark Fiber Customer Schedule for Use with Zayo Standard MCA and Dark Fiber Customer Schedule

This Supplement ("Supplement") will govern the purchase of laterals and is effective as of the last signature date below ("Supplement Effective Date") by and between Zayo Group, LLC ("Zayo"), and iBridge Cloud Solutions, Inc. ("Customer"), and shall be governed by the terms and conditions of Zayo's Master Customer Agreement and applicable Customer Schedule in effect as of the date of this Supplement, incorporated herein by this reference and available upon request. Zayo and Customer may be referred to herein individually as a "Party" and collectively as the "Parties". Unless otherwise defined herein, capitalized terms shall have the definitions given them in the DF Service Schedule or the Agreement.

The following additional terms shall apply to the purchase by Customer of fifty (50) laterals from Zayo:

1. <u>Term</u>. This Supplement shall be binding and commence on the Supplement Effective Date and shall expire fifteen (15) years thereafter (the "Addendum Term"). The term for any fiber lateral ordered under this Supplement will be coterminous with this Supplement.

2. <u>Definitions</u>. For purposes of this Supplement:

   a. "Lateral Facility" means a location that is no more than twelve (12) route miles from the Customer's leased Fiber Backbone.

   b. "Fiber Lateral" means a leased four (4) dark fiber strand (two fibers "in" two fibers "out") that connects a Customer Facility to the Fiber Backbone that is no more than twelve (12) route miles in length, and with a Service Term ending no sooner than 15 years from the Supplement Effective Date.

   c. "Fiber Backbone" means fiber leased by Customer from Zayo that does not include "Fiber Laterals" in this Supplement.

3. <u>Customer Commitment</u>. At any time prior to the Supplement Effective Date, Customer may place Service Orders for fifty (50) Lateral Facilities at the rates set forth in section 4 below.

4. <u>Rates</u>. The following rates apply to any Services ordered pursuant to this Supplement. For the purposes of this Supplement, "Zayo On-Net" is a Lateral Facility already connected to the Zayo network, and "Zayo Off-Net" is any other Lateral Facility not on the Zayo network.

   a. <u>Zayo On-Net Laterals:</u> Customer will pay Zayo a one-time Non-Recurring Charge ("NRC") of $4,912,846 for an IRU in fifty (50) Zayo On-Net Lateral Facilities. Half (50%) of NRC payment will be due within six (6) months of the Supplement Effective Date, the remaining amount will be due within twelve (12) months of the Supplement Effective Date. No additional NRC will be charged for Zayo On-Net Lateral Facilities throughout the term of this Supplement.

   b. If a requested lateral is Zayo Off-Net or greater than 12 route miles in length, additional charges will be applied as defined in Section 4(c) below.

   c. <u>Zayo Off-Net Lateral Facilities</u>: If Customer requests a Lateral Facility which is Zayo Off-Net as defined herein, then Customer will pay an additional NRC, or MRC

at the rates set forth in the chart below and receive an IRU that is coterminous with this Supplement. Zayo will present both NRC and MRC options for Zayo Off-Net Lateral Facilities to the Customer and Customer will confirm preferred method of payment on a per lateral basis.

A Zayo Off-Net Lateral Facility ordered will count towards Customer's fifty (50) laterals.

d. __Laterals Greater Than 12 Route Miles__: For any lateral request that is greater than twelve (12) route miles in length, Customer will have choice to pay either additional MRC, or IRU NRC at the rates set forth in the chart below.

| Service Type | NRC | MRC |
|---|---|---|
| **Zayo On-Net Lateral Facilities (50)** | $4,912,846 | $0 |
| **Zayo Off-Net Lateral Facilities** | Zayo OSP Cost + 20%, or $0 if Customer choses to pay MRC | $0 if customer pays NRC, or Zayo determined MRC |
| **Lateral requests that exceed 12 Route Miles from Customer's Fiber Backbone** | IRU NRC equivalent to $30 per fiber mile lease MRC, or $0 if MRC option is selected | $30 per fiber mile for any distance beyond 12 route miles, or $0 if NRC option is selected |

AGREED:

Zayo Group, LLC

By: ______________________

Printed Name: ______________________

Title: ______________________

Date: ______________________

iBridge Cloud Solutions, Inc.

By: Paul L Smitham

Printed Name: Paul L Smitham

Title: President

Date: 10/5/2020

DocuSign Envelope ID: 93F108DE-283C-4A9C-88BA-8BDB6EBD004A

**Exhibit D**

| BAN | Billing Account Name | Doc Number | Doc Type | Doc Date | Payment Refer | Orig Amount | IR Amt less LPC | Current Amount | Interest - Late Fee | Tax Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 29653 | iBridge Cloud Solutions Inc | 201909002965: | Sales / Invoice | 2019-09-01 | | 2,551.72 | 2,551.72 | 0.00 | 0.00 | 550.33 |
| 29653 | iBridge Cloud Solutions Inc | 201910002965: | Sales / Invoice | 2019-10-01 | | 28,922.37 | 28,922.37 | 0.00 | 0.00 | 628.57 |
| 29653 | iBridge Cloud Solutions Inc | 201911002965: | Sales / Invoice | 2019-11-01 | | 49,385.55 | 48,913.44 | 0.00 | 472.11 | 6,604.99 |
| 29653 | iBridge Cloud Solutions Inc | 201912002965: | Sales / Invoice | 2019-12-01 | | 38,791.47 | 38,319.36 | 0.00 | 472.11 | 3,566.15 |
| 29653 | iBridge Cloud Solutions Inc | 202001002965: | Sales / Invoice | 2020-01-01 | | 48,046.82 | 46,252.05 | 0.00 | 1,794.77 | 3,199.30 |
| 29653 | iBridge Cloud Solutions Inc | 202002002965: | Sales / Invoice | 2020-02-01 | | 64,451.25 | 61,935.78 | 0.00 | 2,515.47 | 8,276.83 |
| 29653 | iBridge Cloud Solutions Inc | 202003002965: | Sales / Invoice | 2020-03-01 | | 54,987.63 | 52,472.16 | 0.00 | 2,515.47 | 6,028.95 |
| 29653 | iBridge Cloud Solutions Inc | 202004002965: | Sales / Invoice | 2020-04-01 | | 75,764.79 | 71,457.74 | 0.00 | 4,307.05 | 8,420.13 |
| 29653 | iBridge Cloud Solutions Inc | 202005002965: | Sales / Invoice | 2020-05-01 | | 75,153.59 | 70,846.54 | 0.00 | 4,307.05 | 8,335.45 |
| 29653 | iBridge Cloud Solutions Inc | 202006002965: | Sales / Invoice | 2020-06-01 | | 77,417.37 | 70,846.54 | 0.00 | 6,570.83 | 8,335.45 |
| 29653 | iBridge Cloud Solutions Inc | 202007002965: | Sales / Invoice | 2020-07-01 | | 92,127.08 | 85,556.25 | 0.00 | 6,570.83 | 13,837.44 |
| 29653 | iBridge Cloud Solutions Inc | 1015-1 | Payment | 2020-07-06 | | (2,551.72) | (2,551.72) | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 1015-2 | Payment | 2020-07-06 | | (28,922.37) | (28,922.37) | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 1015-3 | Payment | 2020-07-06 | | (49,385.55) | (49,385.55) | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 1015-4 | Payment | 2020-07-06 | | (19,140.36) | (19,140.36) | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 16146 | Payment | 2020-07-31 | | (100,000.00) | (100,000.00) | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 16146 | Payment | 2020-07-31 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 202008002965: | Sales / Invoice | 2020-08-01 | | 91,256.80 | 85,142.81 | 0.00 | 6,113.99 | 13,720.98 |
| 29653 | iBridge Cloud Solutions Inc | 202009002965: | Sales / Invoice | 2020-09-01 | | 92,625.66 | 85,142.81 | 91,482.10 | 7,482.85 | 13,720.98 |
| 29653 | iBridge Cloud Solutions Inc | 202010002965: | Sales / Invoice | 2020-10-01 | | 3,018,303.65 | 3,010,820.80 | 3,018,303.65 | 7,482.85 | 13,944.86 |
| 29653 | iBridge Cloud Solutions Inc | 202011002965: | Sales / Invoice | 2020-11-01 | | 64,945.73 | 64,945.73 | 64,945.73 | 0.00 | 14,003.57 |
| 29653 | iBridge Cloud Solutions Inc | 202012002965: | Sales / Invoice | 2020-12-01 | | 119,356.56 | 65,209.77 | 119,356.56 | 54,146.79 | 14,267.61 |
| 29653 | iBridge Cloud Solutions Inc | 16523 | Payment | 2020-12-02 | | (500,000.00) | (500,000.00) | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 16523 | Payment | 2020-12-02 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 16523 | Payment | 2020-12-02 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 16523 | Payment | 2020-12-02 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 16523 | Payment | 2020-12-02 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 16523 | Payment | 2020-12-02 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 16523 | Payment | 2020-12-02 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 16523 | Payment | 2020-12-02 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 16523 | Payment | 2020-12-02 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29653 | iBridge Cloud Solutions Inc | 202101002965: | Sales / Invoice | 2021-01-01 | | 119,794.22 | 70,382.90 | 119,794.22 | 49,411.32 | 15,982.62 |
| 29653 | iBridge Cloud Solutions Inc | 202102002965: | Sales / Invoice | 2021-02-01 | | 120,385.55 | 69,177.32 | 120,385.55 | 51,208.23 | 15,987.72 |
| | | | | | Total Outstanding | | | 3,534,267.81 | | |

| | | |
|---|---|---|
| **Dispute: Sept 2019 to Feb 2020** | | |
| per PG: 50/50 on MRR | | |
| LPC wavier: | | $ 5,254.46 |
| MRR Bal 6 months: | | $ 226,894.72 |
| 50% Credit: | | $ 113,447.36 |
| 50% iBridge payment | | $ 113,447.36 |
| | | |
| **February 2021 balance** | | **$ 3,534,267.81** |
| Sept to Feb 2020 LPC waiver | | $ (5,254.46) |
| 50% settlement CR | | $ (113,447.36) |
| **50% IBridge payment** | | $ (113,447.36) |
| New Balance: | | **$ 3,302,118.63** |
| | | |
| **IRU totals, less O&M** | | $ (2,946,114.00) |
| balance less IRU & pre-March | | $ 356,004.63 |
| | | |
| LPC calc per 1.5% IRU amt | | $ 2,963,273.93 |
| LPC wavier per PG per month | | $ 44,449.11 |
| 3 months of LPC wavier IRU | | $ (133,347.33) |
| iBridge Bal IRU | | $ 222,657.30 |
| | | |
| | Oct-20 | $ 23,987.24 |
| Oct 2020 less IRU | | $ (3,441.87) |
| | Nov-20 | $ 23,987.24 |
| Nov 2020 less IRU | | $ (3,409.85) |
| | Dec-20 | $ 25,349.50 |
| Dec 2020 less IRU | | $ (3,409.85) |
| | Jan-21 | $ 25,998.20 |
| Jan 2020 less IRU | | $ (3,441.13) |
| | Feb-21 | $ 25,998.20 |
| Feb 2020 less IRU | | $ (3,457.23) |
| **IRU to MRR Oct to Feb** | | $ 108,160.45 |
| | | |
| **iBridge payment due to Zayo:** | | $ 444,265.11 |