zayo GROUP

Order Form

## Order Information

| | | | | | |
|---|---|---|---|---|---|
| **Contracting Entity** | iBridge Cloud Solutions, Inc. | **Billing Account** | iBridge Cloud Solutions Inc | **Account Number** | 29653 |
| **Contact** | Paul Smitham | **Phone** | (916) 612-4599 | **Email** | psmitham@ens-inc.com |
| **Representative** | Christi Dedi | **Phone** | | **Email** | christiana.dedi@zayo.com |

## New Order - 1362999

### Order Details

| Order Details | | Product Details | | Additional Details | |
|---|---|---|---|---|---|
| Order ID | 1362999 | Product | Private Wavelength Network | Route Requirements | No |
| Order Type | New | Product Category | Point-to-Point | Diversity Requirements | No |
| Order Term | 84 months | Bandwidth | 10G | Latency Requirements | No |
| | | Metro Or Regional | Regional | Protection Requirements | No |

### Location Details

| SOC Name | SOC Type | Term | Bandwidth | Protocol | Address | Handoff | Address | Handoff |
|---|---|---|---|---|---|---|---|---|
| SOC-0003412559 | New | 84 | 10G | 10GigE - Wave - LAN PHY | 1100 N Market Blvd/Fl-1/Ste-QTS/Rm-MMR, Sacramento, CA | 1310nm reaching 10km | 11 Great Oaks Blvd/Fl-1/Rm-Equinix, San Jose, CA | 1310nm reaching 10km |
| SOC-0003412561 | New | 84 | 10G | 10GigE - Wave - LAN PHY | 1100 N Market Blvd/Fl-1/Ste-QTS/Rm-MMR, Sacramento, CA | 1310nm reaching 10km | 11 Great Oaks Blvd/Fl-1/Rm-Equinix, San Jose, CA | 1310nm reaching 10km |

### Latency Details

| SOC Name | Address | Address | Estimated RTD Latency (ms) |
|---|---|---|---|
| SOC-0003412559 | 1100 N Market Blvd/Fl-1/Ste-QTS/Rm-MMR | 11 Great Oaks Blvd/Fl-1/Rm-Equinix | |
| SOC-0003412561 | 1100 N Market Blvd/Fl-1/Ste-QTS/Rm-MMR | 11 Great Oaks Blvd/Fl-1/Rm-Equinix | |

### Provisioning Details

| SOC Name | Address | In-Building Charges | Conduit | Cross Connect | Address | In-Building Charges | Conduit Z | Cross Connect |
|---|---|---|---|---|---|---|---|---|
| SOC-0003412559 | 1100 N Market Blvd/Fl-1/Ste-QTS/Rm-MMR | Customer Responsibility | Customer Responsibility | Customer Responsibility | 11 Great Oaks Blvd/Fl-1/Rm-Equinix | Customer Responsibility | Customer Responsibility | Customer Responsibility |
| SOC-0003412561 | 1100 N Market Blvd/Fl-1/Ste-QTS/Rm-MMR | Customer Responsibility | Customer Responsibility | Customer Responsibility | 11 Great Oaks Blvd/Fl-1/Rm-Equinix | Customer Responsibility | Customer Responsibility | Customer Responsibility |

### Pricing

| Product | Service Item Desc | Component | Component Address | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|---|---|---|
| Private Wavelength Network | Network Monitoring/NCC - MRC | SOC-0003412559 | 1100 N Market Blvd/Fl-1/Ste-QTS/Rm-MMR Sacramento CA | MRC | Pending Install | 1 | USD 3,500.00 | USD 3,500.00 |
| Private Wavelength Network | Network Monitoring/NCC - MRC | SOC-0003412561 | 1100 N Market Blvd/Fl-1/Ste-QTS/Rm-MMR Sacramento CA | MRC | Pending Install | 1 | USD 3,500.00 | USD 3,500.00 |
| | Monthly Recurring Charges Total: | | | | | | | USD 7,000.00 |

### Contract Details

**Details**

| | |
|---|---|
| Schedule | Zayo Group, LLC Customer Schedule Wavelengths Offerings 2019-02-01 |
| Governing MSA | Zayo Group, LLC Standard Master Customer Agreement 2019-02-01 |

[illegible]

| | |
|---|---|
| **Expiration Date** | Pricing on this Order Form expires if Order is not signed prior to 11/6/2019. |
| **Additional Terms and Conditions** | This SO represents a managed DWDM service and the equipment to support the DWDM. |

**Order ID(s): 1362999**

## Grand Total Costs

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | USD 7,000.00 |
| Taxes and impositions As Invoiced² | |

## Signatures

**iBridge Cloud Solutions, Inc.**

Signature: Paul L Smitham

Printed Name: Paul L Smitham

Date: 12/19/19

Title: President

**Zayo Group, LLC**

Signature:

Printed Name:

Date:

Title:

## Terms and Conditions

1. Customer acknowledges that Customer is ordering the access and service(s) described above ("Offering") from Zayo Group, LLC, and or its applicable affiliate or subsidiary ("Zayo"). This Customer Order shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above (collectively, the "Agreement"). If Customer has not executed an Agreement and/or no Agreement is referenced in this Customer Order, then this Customer Order shall be governed by the terms and conditions of Zayo's Master Customer Agreement and applicable Customer Schedule in effect as of the date of this Customer Order, incorporated herein by this reference and available upon request. This Customer Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges that upon Zayo's acceptance, this Customer Order shall become a non-cancellable, binding obligation for the purchase of the Offering for the Offering Term stated above. By signing this Customer Order, Customer further acknowledges that it has read and understands the terms and conditions of this Customer Order and Customer's signatory represents that he/she is authorized to sign this Customer Order on Customer's behalf.

2. All charges for the Offering in this Customer Order are exclusive of any taxes and other fees and surcharges (as defined below). Except for taxes based on Zayo's net income, Customer shall be responsible for payment of all applicable taxes that arise in any jurisdiction, including, without limitation, value added, consumption, sales, use, gross receipts, excise, access, and bypass ("Taxes"). Customer shall also be responsible for any property tax surcharges, additional government fees (including without limitation Federal and State regulatory fees), franchise fees, rights of way fees or charges, license or permit fees, and any other duties, fees, charges or surcharges imposed on incident to, or based upon the provision, sale, or use of the Offerings.("Other Fees and Surcharges") If applicable to the Offerings being purchased by Customer, such Other Fees and Surcharges will be listed on Customer's Invoice. If Customer is entitled to an exemption from any of the Taxes or Other Fees and Surcharges, Customer is responsible for presenting Zayo with a valid exemption certificate (in a form reasonably acceptable to Zayo). Zayo will give effect to any valid exemption certificate provided in accordance with the foregoing sentence to the extent it applies to any Offering billed by Zayo to Customer following Zayo's receipt of such exemption certificate. Customer shall indemnify, defend and hold Zayo harmless from payment and reporting of all such Taxes and Other Fees and Surcharges, including costs, expenses, and penalties incurred by Zayo in settling, defending or appealing any claims or actions brought against Zayo related to, or arising from, the non-payment of such Taxes and/or Other Fees and Surcharges.

3. In support of Zayo meeting the FOC Date, Customer specifically acknowledges that Customer is responsible for all connectivity (and related costs) to Zayo's Components (i.e. cross-connections between (i) the Zayo demarcation point and Zayo's Components and (ii) Zayo's Components and Customer Components). In addition, Customer shall be responsible for securing all rights and paying the related costs to connect to Zayo's Components, for securing all rights and paying the related costs to access, occupy, and conduct typical telecommunication operations within each respective building (including any necessary rights for Zayo to enter and access each building), and for providing all necessary cable pathways (all of the preceding may include, but not be limited to, construction permits and underlying rights, building access and/or occupancy agreements, building access and/or occupancy fees, lateral fees, riser fees, cross-connects and cross-connect fees, coordination at any third party owned location, and, where applicable, necessary space for Zayo's fiber termination panel and Zayo's Components). All of the rights above, collectively, shall be referred to as "Customer Requirements" and the related costs and fees, collectively, shall be referred to as "In-Building Charges". Unless this Customer Order indicates that Zayo is responsible for In- Building Charges, Customer shall reimburse Zayo in the event that a third party bills Zayo for any In-Building Charges. Customer acknowledges that any delay in Customer providing such Customer Requirements may delay Zayo from completing work at any location. In the event that Customer has not provided the Customer Requirements in time to allow Zayo to complete work at any location on or before the FOC Date, then Zayo may continue with the acceptance procedures to the extent possible and deem the Offering delivered and accepted.

4. If Customer is disconnecting an Offering for any reason it must deliver notice to Zayo by email to disco@ zayo.com.

Proprietary and Confidential

## Hardware

| Product Code | Description | Qty |
|---|---|---|
| TM3000/II-DC-CU3 | TM-3000/II DC, 19"/ETSI/23" CU-SFP/III | 9 |
| TRX100015/01 | CWDM SFP MultiRate 28dB/80km 1510 | 9 |
| TPMRHEX-L/16G | Hex MultiRate 16G Lite Transponder | 9 |
| TRX100140 | TRX100140 | 9 |
| TRX100145/919 | SFP+, Ch19, DWDM, 16GFC, 40km | 9 |
| AD1C-2F/1510 | 1ch/2-fiber CWDM AD, 1510nm | 9 |
| OA2-20/20/CC/VG | Dual Var Gain Opt Ampl 20dBm C-band | 9 |
| DC-DK652/80 | Disp Comp Unit, Fiber-based 80km | 2 |
| DC-DK652/40 | Disp Comp Unit, Fiber-based 40km | 3 |
| DC-DK652/20 | Disp Comp Unit, Fiber-based 20km | 5 |
| DC-PH-19 | 1RU 2xDCM/DCU holder 19" | 5 |
| DC-PH-23 | 1RU 2xDCM/DCU holder 23" | 5 |
| CO-D40EV | 40ch MDU DWDM 50GHz Even | 8 |
| PC-MULC/1M | Patchcord MU-LC 1,0M | 52 |
| PC-MUMU/2M | Patchcord MU-MU 2,0M | 10 |
| PC-MUSC/2M | Patchcord MU-SC 2,0M | 10 |
| ATTKIT-01/OA2 | Att kit 1m, OA2 | 8 |
| AKIT-02/S-XFP-2M | Att kit 2m, 2G5/10G S-XFP (2,4,6dB) | 8 |
| PC-MUSC/2M | Patchcord MU-SC 2,0M | 8 |
| PC-MUSC/5M | Patchcord MU-SC 5,0M | 8 |
| PC-MUSC/10M | Patchcord MU-SC 10 M | 8 |
| ENM-3000/E-29.1.1 | Basic ENM TM-3000/E 29.1.1 | 8 |
| DNA-LIC-XTM3000 | DNA License for 1 XTM 3000 Series Network Elements. | 4 |
| DNA-RED-LIC-XTM3000 | server. | 4 |
| | | - |
| CU-SFP/III | CU v3 with SFP's for OSC | 1 |
| FAN4A/M3000/IISP | TM3000/II Fan Unit (Spare Part) | 1 |
| AIRFLT-SP3000/2 | TM-3000/II Airfilter (Spare Part) | 1 |
| M3000/DC/II/SP | TM-3000 & /II DCv2 Filter (SP) | 1 |
| | | - |
| AC-DC-1RU-1K8 | Rack mounted AC/DC PSU 1RU 1k8W (A+B Pwr) | 9 |
| CAB100071/02 | PSU Cable V-Lock 3M US | 16 |
| | | - |
| VOA-2CH | 2ch Variable Optical Attenuator | 8 |
| OCM/2P | 2-port OCM | 4 |
| 1X2ROADM/50G | 1x2 ROADM 50GHz | 8 |
| | | - |
| TPHEX10GOTN | 10G Hex Transponder OTN | 1 |
| TRX100100 | SFP+,1310nm,SM,10Gb/s,10km,E-Temp | 2 |
| TRX100117/TC | Tune SFP+, DWDM, 9.9-11.1Gb/s, 80km | 2 |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |

## Hardware Detail

| Product Code | 1101 N Market St | 650 J St. | 10816 Golden Center | 3101 Gold Camp | | 274 Brannan | 3075 Raymond St. | 11 Great Oaks | Spares | |
|---|---|---|---|---|---|---|---|---|---|---|
| TM3000/II-DC-CU3 | 2 | 2 | 2 | 2 | | | | | 1 | |
| TRX100015/01 | 2 | 2 | 2 | 2 | | | | | 1 | |
| TPMRHEX-L/16G | 2 | 2 | 2 | 2 | | | | | 1 | |
| TRX100140 | 2 | 2 | 2 | 2 | | | | | 1 | |
| TRX100145/919 | 2 | 2 | 2 | 2 | | | | | 1 | |
| AD1C-2F/1510 | 2 | 2 | 2 | 2 | | | | | 1 | |
| OA2-20/20/CC/VG | 2 | 2 | 2 | 2 | | | | | 1 | |
| DC-DK652/80 | | | | | | 1 | 1 | | | |
| DC-DK652/40 | 1 | 1 | | | | | 1 | | | |
| DC-DK652/20 | 1 | 2 | 1 | 1 | | | | | | |
| DC-PH-19 | 1 | 1 | 1 | 1 | | | | 1 | | |
| DC-PH-23 | 1 | 1 | 1 | 1 | | | | 1 | | |
| CO-D40EV | 2 | 2 | 2 | 2 | | | | | | |
| PC-MULC/1M | 12 | 12 | 12 | 12 | | | 4 | | | |
| PC-MUMU/2M | 4 | 2 | | | | | 4 | | | |
| PC-MUSC/2M | 4 | 2 | | | | | 4 | | | |
| ATTKIT-01/OA2 | 2 | 2 | 2 | 2 | | | | | | |
| AKIT-02/S-XFP-2M | 2 | 2 | 2 | 2 | | | | | | |
| PC-MUSC/2M | 2 | 2 | 2 | 2 | | | | | | |
| PC-MUSC/5M | 2 | 2 | 2 | 2 | | | | | | |
| PC-MUSC/10M | 2 | 2 | 2 | 2 | | | | | | |
| ENM-3000/E-29.1.1 | 2 | 2 | 2 | 2 | | | | | | |
| DNA-LIC-XTM3000 | 1 | 1 | 1 | 1 | | | | | | |
| DNA-RED-LIC-XTM3000 | 1 | 1 | 1 | 1 | | | | | | |
| | | | | | | | | | | |
| CU-SFP/III | | | | | | | | | 1 | |
| FAN4A/M3000/IISP | | | | | | | | | 1 | |
| AIRFLT-SP3000/2 | | | | | | | | | 1 | |
| M3000/DC/II/SP | | | | | | | | | 1 | |
| | | | | | | | | | | |
| AC-DC-1RU-1K8 | 2 | 2 | 2 | 2 | | | | | 1 | |
| CAB100071/02 | 4 | 4 | 4 | 4 | | | | | | |
| | | | | | | | | | | |
| VOA-2CH | 2 | 2 | 2 | 2 | | | | | | |
| OCM/2P | 1 | 1 | 1 | 1 | | | | | | |
| 1X2ROADM/50G | 2 | 2 | 2 | 2 | | | | | | |
| | | | | | | | | | | |
| TPHEX10GOTN | | | | | | | 1 | | | |
| TRX100100 | | | | | | | 2 | | | |
| TRX100117/TC | | | | | | | 2 | | | |