zayo

*OUR FIBER FUELS GLOBAL INNOVATION*

# WAVELENGTHS

## Product Overview




Ensure your network has the capacity to handle bandwidth-intensive applications and process the massive amounts of data your business generates. Zayo's Wavelengths provide high-speed, dedicated, private and secure connectivity with low and predictable latency.

Zayo's expansive fiber network is the foundation for our Wavelengths, with connectivity to over 600 Global Points of Presence (PoPs) and 1,300 on-net data centers, we provide transport service directly from your North American and European locations. And this global network is always expanding; we are continually adding new fiber routes to provide all of our customers with a global, end-to-end Wavelengths solution.

| | | |
|---|---|---|
| **Over 390 100G Points of Presence** (PoPs) | **More than half of Fortune 100 companies** choose Zayo for transport networking | **Nationwide 400G capability** in 2021 |

## PRODUCT BENEFITS

### High Capacity to Meet Bandwidth Needs

- Zayo's dedicated high-bandwidth Wavelengths connect key customer locations on our owned and operated fiber network.
- Transport bandwidth-intensive data and applications between essential markets with the fastest, most direct and most predictable long haul and metro network connections.
- Easily add more bandwidth on a dedicated circuit with Zayo's full range of Wavelengths offerings, up to 400G.

### Network Where You Need It

- Build a custom network including diverse and redundant Wavelengths configurations, commercial flexibility and protection options.
- Choose your fiber route: Zayo's expansive metro and long haul fiber network offers multiple low-latency Wavelengths configurations to meet your specific routing requirements.

### Cost Optimization & Support

- Market intelligent pricing with fast, flexible quoting.
- View the exact routing of your solution with KMZ files available from Zayo's self-service customer portal, Tranzact.
- Zayo absorbs the burden of owning, operating and upgrading expensive equipment along fiber routes – so you don't have to.
- Receive 24/7/365 support and service from our Network Operations Centers (NOC).

**zayo**

*OUR FIBER FUELS GLOBAL INNOVATION*

# WAVELENGTHS
Product Overview

## CONFIGURATIONS

**Standard Wavelengths:** A transparent, point-to-point connection between two locations with dedicated bandwidth and predictable latency.




**Diverse Wavelengths:** Two Standard Wavelengths following different physical paths, ensuring route protection in case of an outage.




**Protected Wavelengths:** Diverse Wavelengths with built-in network protection; Zayo optically switches from an impaired wavelength to the secondary wavelength route for you.




**Ultra-Low Latency Wavelengths:** Zayo's flagship routes provide the industry's lowest latency between key financial exchanges via the fastest, most direct network connection.




## ZAYO AT A GLANCE

| ~126K | 13M | ~1,300 | 400 |
|---|---|---|---|
| ROUTE MILES | FIBER MILES | ON-NET DATA CENTERS | MARKETS SERVED GLOBALLY |